Walter O'Cheskey
Chapter 13 Trustee
6308 Iola Ave., Suite 100,
Lubbock TX 79424
(806) 748-1980
(806) 748-1956 FAX
 MODI

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**ABILENE DIVISION**

IN RE:
**CARL LEE TUCKER**
**DORIS STEPHENS TUCKER**
**PO BOX 1023**                                         CASE NO:12-10117-RLJ-13
                                                        HEARING DATE: 05-01-2014
**BANGS, TX 76823**                                     HEARING TIME: 11:00 AM

DEBTOR ATTORNEY:   MONTE J WHITE & ASSOCIATES PC

---

**MODIFICATION OF CHAPTER 13 PLAN AFTER CONFIRMATION**

---

Date: March 11, 2014

Pursuant to 11 U.S.C. 1329, the Standing Chapter 13 Trustee requests the following Modification of Debtor(s) confirmed Plan herein:

**I**
**History of the Case**

1. Date Case Filed:  April 17, 2012
2. Date of Section 341 Meeting: May 21, 2012
3. Date of Confirmation: October 5, 2012
4. First Payment Date: May 17, 2012
5. Total Plan Term Prior to this Modification: 60

**II**
**Modification Requested**

Debtor's payment is increased to $810.00 beginning May, 2014 for a new base of $42,960.00.  Case shall pay 100% to allowed unsecured creditors.

**III**
**Reason for Modification**

Debtor(s) 2013 tax return shows that Debtor(s) adjusted gross income is $75,134.00. Schedule I on file shows an annual income of $47,469.60.  Modification is requested to raise Debtor(s) payment and/or base accordingly.

Respectfully Submitted,

 /s/  Walter O'Cheskey
Walter O'Cheskey,Chapter 13 Trustee
6308 Iola Ave., Suite 100,
Lubbock TX 79424

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**ABILENE DIVISION**

IN RE:
**CARL LEE TUCKER**                          CASE NO: 12-10117
**DORIS STEPHENS TUCKER**                    HEARING DATE: 05-01-2014
                                             HEARING TIME: 11:00am

A/K/A:                                       A/K/A 2:
D/B/A:                                       D/B/A 2:

**NOTICE OF HEARING, PRE-HEARING CONFERENCE AND ATTACHED MODIFICATION OF PLAN AFTER CONFIRMATION**

**NOTICE OF HEARING**

On 05-01-2014, which is at least twenty-eight (28) days from the date of service hereof, at 11:00am a **HEARING** on the above and foregoing "Modification of Plan After Confirmation" will be held in

| FOR LIVE COURT | FOR VIDEO COURT |
|---|---|
| **US COURTHOUSE ROOM 2000A** | **US COURTHOUSE ROOM 2201** |
| **3RD AND PINE** | **3RD & PINE** |
| **ABILENE, TEXAS 796040000** | **ABILENE, TEXAS 796040000** |

Creditors are not required to attend unless they have objections to the Modification.

**NOTICE OF PRE-HEARING CONFERENCE**

A **PRE-HEARING CONFERENCE** will be held at the same location listed above at 8:30am Hearings on Motions to Modify Plans with objections not resolved at the **PRE-HEARING CONFERENCE** will be heard by the Court at the scheduled Hearing time.

**NOTICE** is hereby given that pursuant to 11 U.S.C. 1329 the attached "Modification of Plan" dated *3/11/2014*, **will be** approved by the Court as the Debtor's Modified Chapter 13 Plan unless a party in interest files a written "Objection to the Modification" within twenty-one (21) days of service hereof, and the Debtor has made any subsequent payments required under the Modified Plan. An **"Objection to Modification"** should be filed with the Bankruptcy Court at the following address:

**CLERK OF THE BANKRUPTCY CT**
**1205 TEXAS AVE #306**
**LUBBOCK, TEXAS 794010000**

Walter O'Cheskey
Chapter 13 Trustee
6308 Iola, Suite 100
Lubbock, TX 79424
202-II

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NOTHERN DIVISION OF TEXAS
ABILENE DIVISION

IN RE:

CARL LEE TUCKER & DORIS STEPHENS TUCKER

CASE NO: 12-10117-RLJ-13

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the attached document was sent via First Class Mail to the below listed parties at the addresses supplied as follows.

| Name & Address | Name & Address |
|---|---|
| CARL LEE TUCKER<br>PO BOX 1023<br>BANGS,TX 76823 | DORIS STEPHENS TUCKER<br>- |
| INTERNAL REVENUE SERVICE<br>PO BOX 7317<br>PHILADELPHIA,PA 19101-7317 | MONTE J WHITE & ASSOCIATES PC<br>ATTORNEY AT LAW ABILENE<br>PO BOX 2128<br>WICHITA FALLS,TX 76307- |
| BROWNWOOD REGIONAL HOSPITAL<br>1501 BURNET<br>BROWNWOOD,TX 76801-0000 | INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA,PA 19101-7346 |
| WALTER O'CHESKEY TRUSTEE<br>6308 IOLA AVENUE<br>LUBBOCK,TX 79424-0000 | OFFICE OF THE CH13 TRUSTEE<br>6308 IOLA AVENUE<br>LUBBOCK,TX 79424- |
| TULSA ADJUSTMENT BUREAU<br>1754 UTICA SQUARE 283<br>TULSA,OK 74114-1400 | US ATTORNEY GENERAL<br>10TH ST & CONSTITUTION AVE<br>WASHINGTON,DC 20530-0000 |
| UNITED STATES ATTORNEY<br>801 CHERRY STREET UNIT 4<br>FT WORTH,TX 76102-6882 | SUN LOAN COMPANY<br>511 W COMMERCE ST<br>BROWNWOOD,TX 76801-0000 |
| WILLIAM T NEARY<br>UNITED STATES TRUSTEE<br>1100 COMMERCE STREET RM 976<br>DALLAS,TX 75242-0000 | US ATTORNEY<br>ATTORNEY IN CHARGE<br>1100 COMMERCE STREET SUITE 300<br>DALLAS,TX 75242-1699 |
| STREFLING ORTHOPEDIC<br>125 SOUTHPARK DRIVE<br>SUITE B<br>BROWNWOOD,TX 76801-0000 | NCO FINANCIAL SYSTEMS<br>PO BOX 41457<br>PHILADELPHIA,PA 19101-1457 |
| HENDRICK MEDICAL CENTER<br>1900 PINE STREET<br>ABILENE,TX 79601- | T-MOBILE<br>PO BOX 37380<br>ALBUQUERQUE,NM 87176- |
| CCB CREDIT SERVICES INC<br>5300 S 6TH STREET<br>SPRINGFIELD,IL 62703- | ENHANCED RECOVERY CORPORATION<br>8014 BAYBERRY RD<br>JACKSONVILLE,FL 32256- |
| WESTERN FINANCE<br>4222 NORTH 1ST STREET<br>ABILENE,TX 79603- | NCO-MEDCLR<br>PO BOX 8547<br>PHILADELPHIA,PA 19101- |

Page 1 - Continue on Next Page

CASE NO:  12-10117-RLJ-13

## CERTIFICATE OF SERVICE

| | |
|---|---|
| SPRINT<br>PO BOX 79357<br><br>CITY OF INDUSTRY,CA 91716-9357 | BROWN EMERGENCY MEDICINE ASSOC<br>PO BOX 2409<br><br>SAN ANTONIO,TX 78298-2409 |
| CELLULAR ONE<br>PO BOX 16110<br><br>DULUTH,MN 55816-0100 | GEMB<br>PO BOX 981127<br><br>EL PASO,TX 79998- |
| WORLD FINANCE CORP<br>205 WEST AUSTIN STREET<br><br>BROWNWOOD,TX 76801- | HSBC<br>ATTN  BANKRUPTCY DEPARTMENT<br>PO BOX 5213<br>CAROL STREAM,IL 60197- |
| PREFERRED CREDIT INC<br>PO BOX 1679<br><br>ST CLOUD,MN 56302- | AFNI INC<br>ATTN  DP RECOVERY SUPPORT<br>PO BOX 3427<br>BLOOMINGTON,IL 61702- |
| AES<br>REINSURANCE DEPT BANKRUPTCY<br>UNIT 120 N 7TH ST<br>ST HARRISBURG,PA 17102- | MARLIN MEDCLR INOVISION<br>507 PRUDENTIAL ROAD<br><br>HORSHAM,PA 19044- |
| SPRINT NEXTEL DISTRIBUTION<br>ATTN BANKRUPTCY DEPT<br>PO BOX 3326<br>ENGLEWOOD,CO 80155- | WESTERN SHAMROCK CORPORATION<br>ATTENTION BANKRUPTCY<br>801 S ABE ST<br>SAN ANGELO,TX 76903- |
| WORLD FINANCE CORPORATION<br>305 CENTER AVENUE<br><br>BROWNWOOD,TX 76801- | DATASEARCH INC<br>PO BOX 461289<br><br>SAN ANTONIO,TX 78246- |
| TEXAS BANK<br>400 FISK ST<br><br>BROWNWOOD,TX 76801- | LVNV FUNDING<br>C/O RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE,SC 29603-0587 |
| SECURITY FINANCE DBA SECURITY FINANCE OF<br>SFC-CENTRAL BANKRUPTYC & RECOVERY DEPT<br>PO BOX 1893<br>SPARTANBURG,SC 29304- | SPRINT NEXTEL - CORRESPONDENCE<br>ATTN  BANKRUPTCY DEPT<br>PO BOX 7949<br>OVERLAND PARK,KS 66207-0949 |
| SECURITY FINANCIAL<br>ATTN: BANKRUPTCY<br>PO BOX 1893<br>SPARTANBURG,SC 29304- | JET GROUP<br>PO BOX 3548<br><br>CEDAR PARK,TX 78630- |
| WFFINANCIAL<br>PO BOX 7648<br><br>BOISE,ID 83707- | MEDICAL DATA SYSTEMS I<br>ATTN: BANKRUPTCY<br>2001 9TH AVE STE 312<br>VERO BEACH,FL 32960- |
| STONE CITY RADIOLOGY<br>PO BOX 818<br><br>BROWNWOOD,TX 76804- | SANTANDER CONSUMER USA<br>DBA HSBC AUTO CREDIT INC<br>8585 N STEMMONS FWY STE 1100 N<br>DALLAS,TX 75247- |
| BROWNWOOD REGIONAL MEDICAL CENTER<br>C/O PASI<br>PO BOX 188<br>BRENTWOOD,TN 37024- | WORLD FINANCE CORPORATION<br>WORLD ACCEPTANCE CORP ATTN  BANKRUPTCY<br>PO BOX 6429<br>GREENVILLE,SC 29606- |
| SANTANDER CONSUMER USA INC<br>8585 N STEMMONS FWY STE 1100 N<br><br>DALLAS,TX 75247- | BROWNWOOD REGIONAL MEDICAL CTR<br>PO BOX 760<br><br>BROWNWOOD,TX 76804- |

CASE NO: 12-10117-RLJ-13

## CERTIFICATE OF SERVICE

| | |
|---|---|
| HENDRICK MEDICAL CENTER<br>PO BOX 3117<br><br>ABILENE,TX 79601- | WELLS FARGO BANK<br>DBA WELLS FARGO DEALER SERVICES<br>PO BOX 25341<br>SANTA ANNA,CA 92799- |
| WELLS FARGO BANK<br>DBA WELLS FARGO DEALER SERVICES<br>PO BOX 19657<br>IRVINE,CA 92623-9657 | METHODIST HOSPITAL<br>7700 FLOYD CURL DR<br><br>SAN ANTONIO,TX 78229- |
| NORTH EAST BAPTIST HOSPITAL<br>8811 VILLAGE DR<br><br>SAN ANTONIO,TX 78217- | PATHOLOGY LABORATORYS<br>9600 DATA PORT<br><br>SAN ANTONIO,TX 78229- |
| AT&T<br>PO BOX 930170<br><br>DALLAS,TX 75393- | NATIONAL CAPITAL MANAGEMENT LLC<br>PO BOX 41117<br><br>NORFORK,VA 23541- |
| NATIONAL CAPITAL MANAGEMENT LLC<br>PO BOX 12786<br><br>NORFOLK,VA 23541- | |

Dated: 03/11/014

/s/ Walter O'Cheskey
Chapter 13 Trustee
By: A. Ammons